

Hunton Andrews Kurth LLP
200 Park Avenue
New York, NY 10166
+1.212.309.1000 Phone
+1.212.309.1100 Fax
HuntonAK.com

Jonathan D. Reichman
+1.212.908.6256 Phone
JReichman@andrewskurthkenyon.com

January 28, 2019

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge, S.D.N.Y.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Polaris Images Corporation v. The Daily Beast Company, LLC*
                Case No. 1:18-cv-4638 (RA) (S.D.N.Y.)

Dear Judge Abrams:

        Pursuant to Your Honor's January 14, 2019 Order (ECF No. 16), the parties submit this joint status letter.  This letter supplements the parties' joint letter dated July 27, 2018 (ECF No. 11).

        **1.**        **Status and Planned Activity.**

        Following the Court's August 3, 2018 Mediation Referral Order (ECF No. 6), the parties participated in mediation sessions on October 18, 2018 and November 28, 2018. Unfortunately, these sessions were unsuccessful.

        **a.**        **Plaintiff.**

        Plaintiff plans to proceed forward with discovery. After discovery, Plaintiff intend to file a motion for summary judgment on copyright infringement liability.
.
        **b.**        **Defendant.**

        Defendant The Daily Beast Company, LLC ("TDB") plans to file its Answer to the Complaint, following which it plans to take discovery regarding the photograph in issue.  After such discovery, TDB intends to file a motion for summary judgment on fair use grounds.

        The parties look forward to the Court setting a schedule based upon the foregoing.

ATLANTA   AUSTIN   BANGKOK   BEIJING   BOSTON   BRUSSELS   CHARLOTTE   DALLAS   DUBAI   HOUSTON   LONDON   LOS ANGELES
MIAMI   NEW YORK   NORFOLK   RALEIGH/DURHAM   RICHMOND   SAN FRANCISCO   THE WOODLANDS   TYSONS   WASHINGTON, DC

DC01:1196029.3

The Honorable Ronnie Abrams
January 28, 2019
Page 2

| | |
|---|---|
| Dated: January 28, 2019<br>        New York, New York | Respectfully submitted, |
| /s/Richard Liebowitz<br>Richard P. Liebowitz<br>LIEBOWITZ LAW FIRM, PLLC<br>11 Sunrise Plaza, Suite 305<br>Valley Stream, New York 11580<br>Tel.: (516) 233-1660<br>Email: RL@LiebowitzLawFirm.com | /s/ Jonathan D. Reichman<br>Jonathan D. Reichman<br>Jonathan W. Thomas<br>HUNTON ANDREWS KURTH LLP<br>200 Park Avenue, 53rd Floor<br>New York, New York 10166<br>Tel.: (212) 309-1000<br>Email: JReichman@HuntonAK.com<br>       JThomas@HuntonAK.com |
| Counsel for Plaintiff | Counsel for Defendant |